UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNCLAIMED DIVIDENDS MORE THAN $25

DEBTOR: A Olympic Fowarder Inc..

CASE NO.: 00-03950

SOURCE OF DEPOSIT: UNCLAIMED DIVIDEND MORE THAN $25

| Claim No. | Name and Last Known Address of Creditor | Amount Claimed | Distribution Amount |
|---|---|---|---|
| 9 | The Kenderes Group<br>P.O. Box 1307<br>East Greenwich, RI 02818 | $2,138.05 | $109.34 |
| 23 | Astron Forwarding Company<br>1661 N Swan #208<br>Tucson, AZ 85712 | $832.97 | $42.60 |
| 25 | A-Mari Trans<br>21818 76th Avenue South<br>Building 3<br>Kent, WA 98032 | $1,525.86 | $78.03 |
| 26 | Old Dominion Freight Line<br>P.O. Box 2006<br>1730 Westchester Drive<br>High Point, NC 27261-2006 | $26,797.70 | $1,370.43 |
| 29 | BB Forms Inc.<br>P.O. Box 15290<br>Seattle, WA 98115 | $3,500.00 | $178.99 |
| 47 | Henry Jacob & Sons Inc.<br>1330 Healy Street<br>Kalamazoo, MI 49001 | $4,448.40 | $227.49 |
| 50 | Pike and Sons Movers Inc.<br>319 Henry Street<br>Lexington, KY 40508 | $3,960.17 | $202.52 |

| # | Name & Address | Amount | Amount |
|---|---|---|---|
| 75 | United States Shippers Inc.<br>P.O. Box 966<br>Edmonds, WA 98020 | $27,683.45 | $1,415.73 |
| 76 | Atlantic Movers<br>1585 McKee Road<br>Dover, DE 19904 | $812.00 | $41.53 |
| 78 | Berea Moving & Storage<br>4135 W 105th<br>Cleveland, OH 44135 | $2,724.50 | $139.33 |
| 87 | Black Hills Movers Inc.<br>1899 E. Centre Street<br>Rapid City, SD 55701-4071 | $4,031.00 | $206.14 |
| 111 | Clipper Express Company<br>File #91050<br>Los Angeles, CA 90074 | $52,500.48 | $2,684.87 |
| 114 | TCT Logistics<br>P.O. Box 1045<br>Winnepeg, Manitoba, Canada<br>R3C 2X6 | $3,757.89 | $192.18 |
| 124 | Container Port Services<br>P.O. Box 9532<br>Houston, TX 77261-9532 | $86,409.59 | $4,418.98 |
| 132 | Doug Faul Trucking<br>430 South I-90 Service Road<br>Rapid City, SD 57703 | $800.00 | $40.91 |
| 139 | J Enterprise<br>202 Consord Road, Suite 102<br>Aston, PA | $4,694.29 | $240.07 |
| 143 | Global Transportation Services<br>Attn: Kenneth D. Roberts, CFO<br>1930 6th Avenue #200<br>Seattle, WA 98134 | $1,400.00 | $71.60 |
| 183 | Keystone Van Lines<br>P.O. Box 126<br>Ginowan City, Okinawa<br>Japan | $202,542.63 | $10,358.00 |

| | | | |
|---|---|---|---|
| 193 | Action Express<br>P.O. Box 3528<br>Omaha, NE 68103 | $1,687.82 | $86.31 |
| | TOTAL CLAIMS | $432,246.80 | $22,105.05 |

DATED this 28th day of June, 2005.

_____
Ronald G. Brown, Trustee